IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION

| | |
|---|---|
| ANGELLA M. DANETTI, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-3058 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. Magistrate Judge:

This matter comes before the Court on the parties' Joint Motion for Remand and for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (d/e18) (Motion). The parties consented to proceed before this Court. Consent to the Exercise of Jurisdiction by a United States Magistrate Judge and Reference Order entered August 22, 2017 (d/e 16). The Motion Court will allow the Motion.

THEREFORE, Joint Motion for Remand and for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (d/e18) is ALLOWED. The decision of the Commissioner is reversed and remanded pursuant to sentence 4 of 42 U.S.C. § 405(g). On remand, Administrative Law Judge (ALJ) will reconsider the mental health evidence, reconsider the weighing

of the opinions of Drs. Singh and Reddy, and further consider Plaintiff's residual functional capacity. The ALJ will then reevaluate Plaintiff's ability to return to her past relevant work and, if warranted, perform other jobs in the national economy. All pending motions before this Court are denied as moot. This case is closed before this Court.

ENTER: December 6, 2017

*s/ Tom Schanzle-Haskins*
UNITED STATES MAGISTRATE JUDGE