E-FILED
Thursday, 05 April, 2018 09:15:35 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANGELA M. DANETTI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 17-cv-3058<br>) |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412 (d/e 22) (Stipulation). The parties have consented, pursuant to 28 U.S.C. §636(c), to proceed before this Court. <u>Consent to Proceed Before a United States Magistrate Judge, and Order of Reference entered August 18, 2017 (d/e 15)</u>. Plaintiff prevailed in this matter and now requests an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The parties' Stipulation (d/e 22) was filed March 19, 2018. The Court has reviewed the request and determines that the request of $3,900.00 in attorney fees and $0.00 in costs is reasonable and appropriate in this case. The Stipulation is therefore allowed.

Plaintiff has assigned her right to attorney fees to her counsel. Such an assignment is appropriate as long as the award of fees is not subject to offset for any debt that Plaintiff may owe the United States. See Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521, 2529-30 (2010). The Commissioner will therefore pay the amount of the award that is not subject to offset directly to Plaintiff's attorney.

WHEREFORE the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412 (d/e 22) is ALLOWED. The Court awards Plaintiff Angela M. Danetti $3,900.00 in attorney fees and $0.00 in costs. Plaintiff has assigned the award of fees to her attorney. The Commissioner is therefore directed to pay the amount of the award that is not subject to offset directly to her attorney, Meredith E. Marcus.

ENTER: April 4, 2018

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE